James Soloman SMITH, Jr.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5063.

United States Court of Appeals,
Federal Circuit.

July 19, 2002.

Before MICHEL, Circuit Judge, PLAGER, Senior Circuit Judge, and RADER, Circuit Judge.

ORDER

A petition for rehearing having been filed by the APPELLANT,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on July 29, 2002 unless another time becomes appropriate under Rule 41.

J. Leonard SPODEK, National Postal Management, Appellant,

v.

John E. POTTER, Postmaster General, United States Postal Service, Appellee.

No. 02–1294.

United States Court of Appeals, Federal Circuit.

July 19, 2002.

ORDER

Order Vacated, see 2002 WL 31204796

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.